UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSE IRAHETA,

    Plaintiff,

v.                                                         Case No.: 8:17-cv-1303-T-36AAS

EQUIFAX INFORMATION SERVICES LLC,
 *et al.*,

    Defendants.
_____/

## ORDER

Before the Court is Plaintiff's Motion for Court Approval to File Case Documents via CM/ECF System (Doc. 6). Plaintiff, who is proceeding *pro se*, requests to be granted access to the Electronic Case Filing ("ECF") system for the purpose of filing documents electronically in this case.

*Pro se* litigants are not permitted to file electronically and must file all pleadings and documents in paper format with the appropriate divisional Clerk's Office, unless granted authorization to file electronically by the Court. *Administrative Procedures for Electronic Filing* 2, 7 (2015), http://www.flmd.uscourts.gov/CMECF/. Public access to documents filed through the Court's electronic filing system is established through the Public Access to Court Electronic Records ("PACER") website, http://www.pacer.gov. PACER "is available to anyone who registers for an account including attorneys, law firms, *pro se* litigants, government agencies, data collectors, the media, and the general public." *Id.* at 15.

Plaintiff has not stated whether he has obtained a PACER account, whether he has access to the electronic equipment needed to utilize the PACER and ECF systems, or whether he has

1

reviewed the *Administrative Procedures for Electronic Filing* (2015), which he is required to follow if authorized to file electronically.  *See In Re: Administrative Procedures for Electronic Filing in Civil and Criminal Cases*, 6:07-MC-0027-ORL-19, at III(C) (M.D. Fla. Feb. 28, 2007), http://www.flmd.uscourts.gov/CMECF/.

Accordingly and upon consideration, it is **ORDERED** that Plaintiff's Motion for Court Approval to File Case Documents via CM/ECF System (Doc. 6) is **DENIED without prejudice**.

**DONE AND ORDERED** in Tampa, Florida on this 2nd day of June, 2017.

/s/ Amanda Arnold Sansone
AMANDA ARNOLD SANSONE
United States Magistrate Judge